Joseph Safian, Appellant, *v.* Ætna Life Insurance Company, Respondent.

Argued June 9, 1941; decided July 29, 1941.

*Samuel Lawrence Brennglass* and *Henry W. Fried* for appellant.

*T. Carlyle Jones* and *Daniel Miner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.